UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

JULIO AGUERO
NELIDA AGUERO

CASE NO: 19-35943

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

On 5/20/2026, I did cause a copy of the following documents, described below,

Notice of Hearing on Motion to Reopen a Closed Chapter 7 Case

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/20/2026

/s/ H. Bruce Bronson
H. Bruce Bronson

Bronson Law Offices
480 Mamaroneck Ave
HARRISON, NY 10528
877-385-7793
hbbronson@bronsonlaw.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

JULIO AGUERO
NELIDA AGUERO

CASE NO: 19-35943

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 5/20/2026, a copy of the following documents, described below,

Notice of Hearing on Motion to Reopen a Closed Chapter 7 Case

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/20/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
H. Bruce Bronson
Bronson Law Offices
480 Mamaroneck Ave
HARRISON, NY  10528

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

**LABEL MATRIX FOR LOCAL NOTICING**
**NCRS ADDRESS DOWNLOAD**
**CASE 19-35943**
**SOUTHERN DISTRICT OF NEW YORK**
**TUE MAY 19 14-13-27 PST 2026**

EXCLUDE

~~POUGHKEEPSIE DIVISION~~
~~355 MAIN STREET~~
~~POUGHKEEPSIE  NY 12601-3315~~

EXCLUDE

~~(U)AGUERO  JULIO~~

**ALLIANCEONE RECEIVABLES**
**MANAGEMENT**
**4850 E STREET RD STE 300**
**TREVOSE  PA  19053-6643**

**BANK OF AMERICA**
**PO BOX 982238**
**EL PASO  TX  79998-2238**

**CAP1BSTBY**
**PO BOX 6497**
**SIOUX FALLS  SD  57117-6497**

**(P)CAPITAL ONE**
**PO BOX 30285**
**SALT LAKE CITY UT 84130-0285**

EXCLUDE

~~(D)(P)CAPITAL ONE~~
~~PO BOX 30285~~
~~SALT LAKE CITY UT 84130-0285~~

**CAVALRY PORTFOLIO SERV**
**500 SUMMIT LAKE DR**
**VALHALLA  NY  10595-1340**

**CHASE CARD**
**PO BOX 15369**
**WILMINGTON  DE  19850-5369**

**CHRYSLER CAPITAL**
**PO BOX 961275**
**FORT WORTH  TX  76161-0275**

**CITI**
**PO BOX 6241**
**SIOUX FALLS  SD  57117-6241**

**M  T BANK MORTGAGE**
**PO BOX 900**
**MILLSBORO  DE  19966-0900**

**MALEN  ASSOCATES PC**
**123 FROST STREET  SUITE 203**
**WESTBURY  NY 11590-5027**

**ROBERT L LANGLEY JR  SHERIFF**
**3 COUNTY CTR**
**CARMEL  NY 10512-1323**

**RUBIN  ROTHMAN**
**1787 VETERANS HWY  32**
**ISLANDIA  NY  11749-1500**

**(P)SELIP AND STYLIANOU  LLP**
**PO BOX 9004**
**WOODBURY NY 11797-9004**

**UNITED COLLECTION BUREAU  INC**
**5620 SOUTHWYCK BLVD STE 206**
**TOLEDO  OH  43614-1501**

**UNITED STATES TRUSTEE**
**OFFICE OF THE UNITED STATES**
**TRUSTEE**
**11A CLINTON AVE**
**ROOM 620**

DEBTOR

**JULIO AGUERO**
**57 HAMILTON DR**
**CARMEL  NY 10512-5154**

**FRED STEVENS**
**KLESTADT WINTERS JURELLER**
**SOUTHARD  STEVENS  LLP**
**200 WEST 41ST STREET**
**17TH FLOOR**

**NELIDA AGUERO**
**57 HAMILTON DR**
**CARMEL  NY 10512-5154**

**H BRUCE BRONSON JR**
**BRONSON LAW OFFICES  PC**
**480 MAMARONECK AVENUE**
**HARRISON  NY 10528-1621**